IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CR. NO. 4:19-CR-00130 |
| | § |
| OBINNA ABUACHI | § |

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE:

COMES NOW defendant Obinna Abuachi, by and through his counsel of record, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, and hereby respectfully moves the Court for a continuance of the sentencing of Mr. Abuachi in this matter. As grounds for this Motion, counsel submits the following Memorandum in Support:

I.

This case is currently set for sentencing on June 3, 2020.

II.

The defendant, Abuachi was re-arraigned on August 19, 2019 at which time Mr. Abuachi plead guilty to count one of the indictment. The PSI interview on Mr. Abiachi was conducted and Counsel filed notice with the court.

III.

This continuance will allow the defendant and counsel to more fully prepare for sentencing.

IV.

Obinna Abuachi acknowledges and waives his right to a speedy trial.

V.

For these reasons, the defense requests that the Court find:

(a) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(b) the additional time requested between the current sentencing date and the new a sentencing date is necessary to provide counsel for the defendant reasonable time to prepare for sentencing.

VI.

Assistant United States Attorney Abdul Farukhi has indicated he has no objection to the granting of this motion.

WHEREFORE, the defendant, Obinna Abuachi, by and through counsel, respectfully files this motion to continue the sentencing setting from its current setting of June 3, 2020 for 60 days.

Respectfully submitted,

Law Office of Bassey O. Akpaffiong

By: */s/ Bassey Akpaffiong*
14090 Southwest Freeway, Suite 300
Sugar Land, Texas 77478
TEL. 281.340.8536
FAX. 866.868.5585
State Bar No. 240006745

CERTIFICATE OF SERVICE

I hereby certify that on or about this 28th day of May, 2020 I electronically filed the foregoing document using the Electronic Case Filing (E.C.F.) system of the Court.

*/s/ Bassey O. Akpaffiong*

CERIFICATE OF CONFERENCE

I have contacted the office of AUSA Farukhi who has indicated that he is unopposed to the filing and/or granting of this motion.